UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN A. PHILLIPS,
U.S.P. HAZELTON, P.O. BOX
2000 Bruceton, Mills,
West Virginia 26525               Civil Action. No. _____
              Petitioner,
        V.

Case: 1:07-cv-00824
Assigned To : Unassigned
Assign. Date : 5/4/2007
Description: Pro Se Gen. Civil

KEN GOLDBERG
Detective Badge No. D2-47
OF THE FIRST DETECTIVE
FIRST DISTRICT

MIKE COLIGAN
POLICE OFFICER Badge No. 4006
FIRST DISTRICT
              Respondents.

PETITION FOR WRIT
OF MANDAMUS RELIEF
28 U.S.C. §1651

FILED
MAY - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAR 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(2)

Comes Now, the Petitioner, Shawn A. Phillips, Pro Se and respectfully petitions this Honorable Court for the issuance of the instant Writ. Jurisdiction for this Writ in the above captioned case is predicated upon Civil Rights Act, 42 U.S.C. 32000, and the Fourth Amendment for the relevant reasons following:

Petitioner is asking this Court to issue this extraordinary writ because of Police misconduct and Police harassment by Police Office Mike Coligan, an Detective Ken Goldberg. Before I was sentence to 39 months jail time in 2004 I was harass by detective Goldberg saying that he was going to do all that he can to see to it that I be put back in jail because he do not wish to see me on his streets. Two weeks after this to my understanding he was working on the case that I am in jail for at this time. Also to my understanding the complainant in my assault case works for detective Goldberg. After my assault charg and/or before the arrest warrant detective Goldberg said that he was going to find the right kind of knife to say it was the knife from the assault.

(3)

My house is in the first district PSA and I can not go on every day being harass by detective Ken Goldberg. Also befor my Arrest I had to put up with Police misconduct from officer Mike Coligan. By being stop without Probable cause by my house every day when he is on routine patrol. Mr. Coligan as also sad if he see me up on 15th Street that he would put narcotics on me. He has came in dwellings trying to make warrantless arrest on me. See Payton v. New York, the "Supreme" Court held that a warrantless entry into a suspect's dwelling for a routine felony arrest is prohibited by the Fourth Amendment in the absence of valid consent or exigent circumstances. As a result, the court has held that warrantless arrests in suspects dwellings are presumptively unreasonable. NOTE: this dwelling my frends. When he my the stop. Also officer Coligan had my Social Security number giveing me moving violations and parking violation with out making a vehicle stops. This officer is the reason I did not have a good permit.

(4)

## RELIEF

The relief that Petitioner is asking from this Court is for the Court to issue A Court Order for Detective Ken Goldberg Badge No. D2-47, And Officer Mike Coligan to Stay Away from me. The Stay Away Order would Stop them from harasing me And Police misconduct. Petitioner is Also Asking for injunctive relief.

## CONCLUSION

WHEREFORE, for the Above extraordinary Situation Petitioner Prays that this Court will Compel it's Authority And Order the two Above Police office to STAY AWAY from me upon me comeing home from Jail Soon.

Respectfully Submitted,

Shawn Phillips

SHAWN A. PHILLIPS #13100-007
U.S.P. HAZELTON
P.O. BOX 2000
Bruceton Mills, WV 26525

(5)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing have been served, by the U.S. mail, upon the following:

Assistant United States Attorney,
555 4th Street, N.W. Wash, D.C.
20530

U.S. Department of Justice
950 Pennsylvania A.V.E. N.W.
Wash, D.C. 20001

It is me this 2 Day of March 2007

SHAWN A. PHILLIPS #13100-007