UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHAWN A. PHILLIPS,
  Petitioner,
V.
       Civil Action. No.
       07 0824

KEN GOLDBERG, DETECTIVE

MIKE COLIGAN, POLICE OFFICER
  Respondents.

MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, Shawn A. Phillips, declare that I am the Petitioner in the above-entitled proceeding; that is support of my request to proceed without payment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of the proceedings and that I am entitled to the relief sought in the petition. I am currently incarcerated at U.S.P. Hazelton I do not receive money from the institution. I do not have any Chash or Checking or Saveings Account's. I do not own any real estate, stocks, bonds or any other financial instruments or any thing of value.

2

It is me this 2 Day of March
Shawn Phillips

RECEIVED
MAR 08 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Commissary History

### Purchases

Validation Period Purchases: $17.35
YTD Purchases: $173.11
Last Sales Date: 9/12/20?? 5:17:24 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $17.35
Remaining Spending Limit: $272.65

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name    List Type    Start Date    End Date    Userid    Active

## Comments

Comments:

07 0824
FILED
MAY - 4 2...
NANCY MAYER WHITTING...
U.S. DISTRIC... ...RT

http://140.1.110.16/umr/InmateInquiryCombined.aspx