UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN A. PHILLIPS,
    Petitioner,

V.

                Civil Action No. 07-824 CKK

KEN GOLDBERG, et al.,
    Respondents.

RECEIVED
JUL 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

Comes Now, the Petitioner, Shawn A. Phillips, and respectfully petitions this Honorable Court for the issuance of the instant motion. Jurisdiction for this motion in the above captioned case is predicated upon the relevant for the reasons following:

Petitioner would like to ask this Court for appointment of Counsel to assist him with investigation because I am not in Washington, D.C.. Petitioner do not have a legal education or experience necessary to get discovery. Also representation by Counsel will more likely expose the truth the merits are colorable and Petitioner is handicapped by not having Counsel with the legal complexity of this case. Denial of Counsel would result in fundamental unfairness.

## AUTHORITIES

28 U.S.C. § (e)(1) (Providing that "the Court may request an attorney to represent any person unable to afford counsel.")

Shielde V. Jackson, 570 F.2d 284 (8th Cir 1978) Appointment of Counsel would assist in investigation and advance proper administration of justice.

In Gordon V. Leeke, 574 F.2d 1147 (4th Cir), Cert. denied 439 U.S. 970, 99 S.Ct. 464, 58 L.Ed.2d 431 (1978), the Court of Appeals observed that "if it is apparent to the district court that a Pro se litigant has a colorable claim but lacks the capacity to present it, the district court should appoint counsel to assist him."

## CONCLUSION

Wherefore, Petitioner would like to ask this Court to appoint him counsel so counsel can help him with the complexity of this case.

(2)

Respectfully Submitted,

*[signature]*

SHAWN A. PHILLIPS #13100-007
U.S.P. Hazelton, P.O. Box 2000
Bruceton Mills, WV 26525

Certificate of Service

I hereby Certify that a copy of the foregoing was mailed to:

Assistant Attorney General
441 4th Street, N.W. Sixth Floor
South, Washington, D.C. 20001

It is me. this 23 Day of July 2007.

*[signature]*

SHAWN A. PHILLIPS

(3)