UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN A. PHILLIPS

VS.                                C.A. No. 07-824 CKK

KEN GOLDBERG, ET AL

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: Ken Goldberg, Detective
Defendant's address: First District Police Headquarters

Defendant's name: Mike Coligan - Police officer
Defendant's address: First District Police Headquarters

Defendant's name: _____
Defendant's address: _____

Defendant's name: _____
Defendant's address: _____

RECEIVED
SEP - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant's name: _____
Defendant's address: _____

Defendant's name: _____