# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SHAWN A. PHILLIPS,
Petitioner,

V.

KEN GOLDBERG, et al.,
Respondents.

**RECEIVED**

OCT 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 07-824

CKK

## Current Address

Comes now, Shawn A. Phillips, and respectfully Petitions the Court for the relevant Predicated reasons following:

On the date of OCT 23,07 my Current Address will be:

( 313 16th Street, S.E. Washington, D.C. 20003. )

Date 9-30-07     Respectfully Submitted,

Shawn A. Phillips