UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAWN PHILLIPS, </br></br> Plaintiff, </br></br> v. </br></br> KEN GOLDBERG, *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-0824 (CKK) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

It is hereby

ORDERED that the Clerk of Court shall reissue summonses for defendants Ken Goldberg and Mike Coligan.  It is further

ORDERED that the United States Marshals Service shall attempt personal service on Detective Goldberg and Officer Coligan in accordance with regulations promulgated pursuant to the Metropolitan Police Department Amendment Act of 2006 for service of process upon sworn members of the Metropolitan Police Department.  *See* 54 D.C. Reg. 8816 (Sept. 7, 2007).  It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

SO ORDERED.

*/s/*
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: February 8, 2008