UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAWN PHILLIPS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0824 (CKK) |
| ) | |
| KEN GOLDBERG, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Respondent Mike Coligan filed a motion to dismiss the petition for writ of mandamus on April 1, 2008. On April 2, 2008 the Court issued an Order advising petitioner of his obligation to file an opposition or other response to the motion and the consequences of his failure to oppose this dispositive motion. The April 2, 2008 Order warned petitioner that, if he failed to file a timely response, the Court may treat respondent's motion as conceded. The Court set May 5, 2008 as the deadline for petitioner's opposition. To date, petitioner neither has filed an opposition nor has requested additional time do so. Accordingly, it is hereby

ORDERED that respondent Coligan's motion to dismiss [Dkt. #21] is GRANTED as conceded. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to petitioner at his address of record.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: May 19, 2008