UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHAWN PHILLIPS, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 07-0824 (CKK) |
| KEN GOLDBERG, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**ORDER**

Before the Court is a motion to dismiss the petition for writ of mandamus filed on behalf of respondent Kenneth Goldberg. Because a ruling on the motion may dispose of the case as against this respondent, the Court advises the *pro se* petitioner of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Petitioner is advised that the Court will rule on the respondent's motion taking into consideration the facts proffered by petitioner in his pleading, along with his response or opposition to the motion. Further, the petitioner's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the petitioner is directed to Rule 6(d) of the Federal Rules of Civil

Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. *Fox v. Strickland*, 837 F.2d at 509. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the respondent's motion in this case carries with it the risk that the case will be dismissed.

ORDERED that, on or before **July 11, 2008**, petitioner shall file his opposition or response to respondent Goldberg's motion to dismiss. If petitioner fails to respond timely, the Court may grant respondent's motion as conceded. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to petitioner at his address of record.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: June 16, 2008