UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN PHILLIPS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0824 (CKK) |
| ) | |
| KEN GOLDBERG, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Respondent Ken Goldberg filed a motion to dismiss the petition for writ of mandamus on June 10, 2008. On June 16, 2008 the Court issued an Order advising petitioner of his obligation to file an opposition or other response to the motion and the consequences of his failure to oppose this dispositive motion. The June 16, 2008 Order warned petitioner that, if he failed to file a timely response, the Court may treat respondent's motion as conceded. The Court set July 11, 2008 as the deadline for petitioner's opposition. To date, petitioner neither has filed an opposition nor has requested additional time do so.

Accordingly, it is hereby

ORDERED that respondent Goldberg's motion to dismiss [Dkt. #25] is GRANTED as conceded. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to petitioner at his

1

address of record.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                    /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge

DATE:  July 31, 2008